UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1: 19-CV-20411-XXXX

CHERI ROULEAU,

    Plaintiff,

vs.

CELEBRITY CRUISES, INC.,
a foreign corporation,
and SEASPRAY CRUISES, LTD.
d/b/a Seaspray Tours, a foreign corporation,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff hereby gives notice that the parties have reached a settlement of the disputes pending in this litigation and that the cause can be removed from any trial calendar. A notice of dismissal will be filed as soon as the appropriate releases and other appropriate documents have been completed.

Dated this 16th day of October 2020.

    Respectfully submitted,

    CHARLIP LAW GROUP, LC
    999 Brickell Avenue
    Suite 840
    Miami, FL 33131
    Tel: (305) 354-9313
    Fax: (305) 354-9314
    Email: dcharlip@charliplawgroup.com
    assistant@charliplawgroup.com
    *Counsel for Plaintiff*

    By:  */s/ David H. Charlip, B.C.S.*
        David H. Charlip, B.C.S.
        Florida Bar No. 329932

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of October, 2020, a true and correct copy of the foregoing was served electronically by email on all counsel or parties of record on the service list.

By: */s/ David H. Charlip, B.C.S.*
David H. Charlip, B.C.S.
Florida Bar No. 329932

## SERVICE LIST

| | |
|---|---|
| David H. Charlip, B.C.S.<br>**Charlip Law Group, LC**<br>999 Brickell Avenue<br>Suite 840<br>Miami, Florida 33131<br>Tel: (305) 354-9313<br>Fax: (305) 354-9314<br>Email: dcharlip@charliplawgroup.com<br>assistant@charliplawgroup.com<br>*Counsel for Plaintiff* | Jerry D. Hamilton, Esq.<br>jhamilton@hamiltonmillerlaw.com<br>Carlos J. Chardon, Esq.<br>cchardon@hamiltonmillerlaw.com<br>Spencer B. Price, Esq.<br>sprice@hamiltonmillerlaw.com<br>**Hamilton, Miller & Birthisel, LLP**<br>150 S.E. Second Avenue, Suite 1200<br>Miami, Florida 3 3131<br>Telephone: (305) 379-3686<br>Facsimile (305) 379-3690<br>*Attorneys for Defendant, Seaspray Cruises* |
| | Bryan Probst, Esq.<br>Natasha K. AIcivar, Esq.<br>**Celebrity Cruises, Inc.**<br>1050 Caribbean Way<br>Miami, Florida 33132<br>(305) 539-3943 Tel.<br>(305) 539-6204 Alt. Tel.<br>(305)539-6561 Fax<br>nalcivar@rccl.com<br>ypoveda@rcclcom<br>bprobst@rccl.com<br>*Attorneys for Defendant Celebrity Cruises* |

|  | Noah D. Silverman, Esq.<br>nsilverman@fflegal.com<br>pcampo@fflegal.com<br>Lauren Rose, Esq.<br>lrose@fflegal.com<br>dfondeur@fflegal.com<br>**Foreman Friedman, PA**<br>One Biscayne Tower, Suite 2300<br>2 South Biscayne Boulevard<br>Miami, FL 33131<br>Phone: 305-358-6555<br>Fax: 305-374-9077<br>*Attorneys for Defendant Celebrity Cruises* |
|---|---|