UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:19-CV-20411-CMA

CHERI ROULEAU,

    Plaintiff,

v.

CELEBRITY CRUISES, INC.,
a foreign corporation,
and SEASPRAY CRUISES, LTD.
d/b/a Seaspray Tours, a foreign corporation,

    Defendants.
_____

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, CHERI ROULEAU, Defendant, CELEBRITY CRUISES, INC., and Defendant, SEASPRAY CRUISES, LTD. d/b/a Seaspray Tours, ("the Parties"), by and through their undersigned counsel, hereby file this Joint Stipulation of Dismissal of the above styled action with prejudice.

IT IS STIPULATED by the Parties that all the claims and causes of action between or among the parties have been amicably resolved, and that all the claims and causes of action between or among the parties are hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: December 10, 2020
       Miami, Florida

Respectfully submitted,

| | |
|---|---|
| **BY: /s/ David H. Charlip** | **BY: /s/ Noah D. Silverman** |
| David H. Charlip | Noah D. Silverman |
| David Charlip | Florida Bar No. 401277 |
| dcharlip@charliplawgroup.com | nsilverman@fflegal.com |
| Charlip Law Group, LC | Lauren Rose |
| 11900 Biscayne Blvd., Ste. 200 | Florida Bar No. 115743 |
| North Miami, FL 33181 | lrose@fflegal.com |
| Phone: 305-354-9313 | FOREMAN FRIEDMAN, PA |
| Fax: 305-354-9314 | One Biscayne Tower, Suite 2300 |
| assistant@charliplawgroup.com | 2 South Biscayne Boulevard |
| paralegal@charliplawgroup.com | Miami, Florida 33131 |
| *Counsel for Plaintiff* | Telephone: (305) 358-6555 |
| | Facsimile: (305) 374-9077 |
| | *Attorneys for Defendant, Celebrity Cruises, Inc.* |

**BY: /s/ Carlos J. Chardon**
Jerry D. Hamilton
Florida Bar No. 970700
Jhamilton@Hamiltonmillerlaw.Com
Carlos J. Chardon
Florida Bar No. 517631
Cchardon@Hamiltonmillerlaw.Com
Spencer Price
Florida Bar No. 1001044
sprice@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 S.E. Second Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 379-3686
Facsimile: (305) 379-3690
*Attorneys for Defendant, Seaspray Cruises, Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by

CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

BY: /s/ *Noah D. Silverman*
Noah D. Silverman, Esq.

**SERVICE LIST**

| | |
|---|---|
| David H. Charlip<br>Charlip Law Group, LC<br>11900 Biscayne Blvd., Ste. 200<br>North Miami, FL 33181<br>Phone: 305-354-9313<br>Fax: 305-354-9314<br>assistant@charliplawgroup.com<br>paralegal@charliplawgroup.com<br>*Counsel for Plaintiff* | Noah D. Silverman, Esq.<br>nsilverman@fflegal.com<br>pcampo@fflegal.com<br>Lauren Rose, Esq.<br>lrose@fflegal.com<br>dfondeur@fflegal.com<br>Foreman Friedman, PA<br>One Biscayne Tower, Suite 2300<br>2 South Biscayne Boulevard<br>Miami, FL  33131<br>Phone: 305-358-6555<br>Fax: 305-374-9077<br>*Attorneys for Celebrity Cruises, Inc.*<br><br>Jerry D. Hamilton, Esq.<br>jhamilton@hamiltonmillerlaw.com<br>Carlos J. Chardon, Esq.<br>cchardon@hamiltonmillerlaw.com<br>Spencer B. Price, Esq.<br>sprice@hamiltonmillerlaw.com<br>Hamilton, Miller & Birthisel, LLP 150 S.E. Second Avenue, Suite 1200 Miami, Florida 3 3131 Telephone: (305) 379-3686 Facsimile (305) 379-3690<br>*Attorneys for Defendant, Seaspray Cruises Inc.* |